In the Matter of OXFORD GROUP-MORAL RE-ARMAMENT, MRA, INC., Appellant, against HOGARTH S. SWEET et al., Constituting the Board of Review of the Town of New Castle, Respondents.

In the Matter of OXFORD GROUP-MORAL RE-ARMAMENT, MRA, INC., Appellant, against MAYNARD ALLEN et al., Constituting the Board of Assessors of the Town of North Castle, Respondents.

Submitted October 3, 1955; decided October 20, 1955.

Motion for reargument denied, with $10 costs.

Motion to amend remittitur granted. Return of the remittitur requested and, when returned, it will be amended by adding thereto the following: Upon the appeal herein there was presented and necessarily passed upon a question under the Constitution of the United States, viz.: Whether the zoning ordinance of the Town of New Castle violates the First and Fourteenth Amendments to the Constitution of the United States insofar as it relates to the portion of the real property described in the complaint which is located in the town of New Castle. The Court of Appeals held that there was no denial of any constitutional right of petitioner. [See 309 N. Y. 744.]